CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 14 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN NATHANIEL BACON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00350 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| C/O C. ROSE, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Bacon's claims against Payne and McQuinn are **DISMISSED** under 21 U.S.C. § 1915 for failure to state a claim; the Clerk is **DIRECTED** to **TERMINATE** Payne and McQuinn as defendants to this action; and the defendants' motion for summary judgment (ECF No. 18) is **DENIED** as to the claim against Rose and moot as to the other claims.

Further, Bacon's motion to compel discovery (ECF No. 22) is **GRANTED** to the extent that Rose shall respond to Bacon's requests within 20 days of the entry of this order. Defendants' motion for a protective order (ECF No. 26), in which defendants request that no discovery be permitted until the issue of qualified immunity is decided, is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: March 14, 2014.

_____
UNITED STATES DISTRICT JUDGE